L. Bishop Austin, SBN 175497
L. BISHOP AUSTIN & ASSOCIATES
3250 Wilshire Blvd., Ste 1500
Los Angeles, CA 90010
Telephone: 213.388.3949
Facsimile: 213.388.2411
Email: lbishopbk@yahoo.com
Attorney for Debtors/Movant

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – RIVERSIDE DIVISION

| | |
|---|---|
| *IN RE* | ) Chapter 7 |
| | ) Case No. 6:10-BK-29654-EC |
| | ) |
| | ) **NOTICE OF HEARING ON** |
| | ) **MOTION FOR ORDER APPROVING** |
| | ) **REAFFIRMATION AGREEMENT** |
| Jesus Efrain Fuentes Aguillares and Rocio | ) **BETWEEN DEBTORS AND SECURED** |
| Fuentes | ) **CREDITOR FORD CREDIT** |
| | ) |
| | ) Date:        February 18, 2011 |
| | ) Time:        01:30 pm |
| | ) Location:    3420 Twelfth Street |
| | )                  Riverside, CA 92501 |
| | ) Courtroom:  225 |
| | ) |
| Debtor/Movant | |

TO THE HONORABLE ELLEN CARROLL, UNITED STATES BANKRUPTCY

JUDGE, THE CHAPTER 7 TRUSTEE, AND ALL OTHER INTERESTED PARTIES:

PLEASE TAKE NOTICE that Movant, the Debtor in this case, by and through his

attorney on records, L. Bishop Austin does and moves this Court for an order approving a

Reaffirmation Agreement reached between the Movant ("Debtor") and secured creditor Ford

Credit.

A hearing on this matter will be held on February 18, 2011 at 01:30 pm at 3420 Twelfth

Street, Riverside, CA 92501, Courtroom 225. If you oppose this motion you must file and serve a

written response no later that fourteen (14) days prior to the hearing and you must appear at the

hearing. Failure to do so may result in the relief requested being granted without further notice.

This motion is based on this notice, the motion and the declaration filed in support

thereof as well as any information or evidence on file with the Court or judicially noticed and

nay further evidence or argument that may be presented at the time of hearing.

Dated: February 3, 2011                         Respectfully submitted.

                                                By:_____.
                                                L. Bishop Austin, SBN 175497
                                                Attorney for Movant(s)