L. Bishop Austin, SBN 175497
L. BISHOP AUSTIN & ASSOCIATES
3250 Wilshire Blvd., Ste 1500
Los Angeles, CA 90010
Telephone: 213.388.3949
Facsimile: 213.388.2411
Email: lbishopbk@yahoo.com
Attorney for Debtors/Movant

**FILED & ENTERED**

**MAR 04 2011**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY zamora    DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – RIVERSIDE DIVISION

| | |
|---|---|
| *IN RE* | ) Chapter 7 <br> ) Case No. 6:10-bk-29654-EC <br> ) <br> ) <br> ) |
| Jesus Efrain Fuentes Aguillares and Rocio Fuentes | ) **ORDER APPROVING MOTION TO** <br> ) **REOPEN CASE TO ALLOW** <br> ) **REAFFIRMATION AGREEMENT** <br> ) **BETWEEN DEBTORS AND SECURED** <br> ) **CREDITOR FORD CREDIT** <br> ) <br> ) |
| | ) Date:       January 20, 2011 <br> ) Time:       01:30:00 PM |
| Debtors/Movant | ) Location:   3420 Twelfth St., <br> )                   Riverside, CA 92501 <br> ) Courtroom: 302 <br> ) <br> ) <br> ) |

This matter came before the Court on regular notice on January 20, 2011 at 01:30 pm before the Honorable William Altenberger, United States Bankruptcy Judge, and after consideration of the motion, and good cause appearing therefore, it is hereby ORDERED THAT, THE MOTION TO REOPEN IS GRANTED.

###

DATED: March 4, 2011

United States Bankruptcy Judge

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is: **3250 Wilshire Blvd., Ste 1500, Los Angeles, CA 90010**

A true and correct copy of the foregoing document described as **PROPOSED ORDER APPROVING REOPEN OF CASE TO ALLOW REAFFIRMATION AGREEMENT BETWEEN DEBTORS AND SECURED CREDITOR FORD CREDIT** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document.  On *03/02/11*, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

amctrustee@mclaw.org; jpatton@cookseylaw.com; ustpregion16.rs.ecf@usdoj.gov

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On *03/02/11,* I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

```
United States Trustee (RS)              Ford Motor Credit Company, LLC
3685 Main Street, Suite 300             c/o John F. Patton
Riverside, CA 92501                     Cooksey, Toolen, Gage, Duffy & Woog
                                        535 Anton Boulevard, Tenth Floor
Chapter 7 Trustee                       Costa Mesa, CA 92626
Arturo Cisneros (TR)
3403 Tenth Street, Suite 711            Attorney for Ford Motor Credit Company
Riverside, CA 92501                     John Patton
                                        535 Anton Blvd 10th Fl
                                        Costa Mesa, CA 92626
```

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on ***Fill in Date Document is Filed*,** I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 03/02/11 | Moises Lopez | /s/ Moises Lopez |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) **ORDER APPROVING REOPEN OF CASE TO ALLOW REAFFIRMATION AGREEMENT BETWEEN DEBTORS AND SECURED CREDITOR FORD CREDIT** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of ***03/02/11***, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

```
amctrustee@mclaw.org; jpatton@cookseylaw.com; ustpregion16.rs.ecf@usdoj.gov
```

☐ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

```
United States Trustee (RS)              Ford Motor Credit Company, LLC
3685 Main Street, Suite 300             c/o John F. Patton
Riverside, CA 92501                     Cooksey, Toolen, Gage, Duffy & Woog
                                        535 Anton Boulevard, Tenth Floor
Chapter 7 Trustee                       Costa Mesa, CA 92626
Arturo Cisneros (TR)
3403 Tenth Street, Suite 711            Attorney for Ford Motor Credit Company
Riverside, CA 92501                     John Patton
                                        535 Anton Blvd 10th Fl
                                        Costa Mesa, CA 92626
```

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

☐ Service information continued on attached page